# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1170** | **September Term, 2023** |
| | EPA-89FR23294 |
| | **Filed On:** July 8, 2024 |

Cleveland-Cliffs, Inc.,

    Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 24-1171, 24-1177

## O R D E R

Upon consideration of the joint motion to govern stay motion proceedings, it is

**ORDERED** that the following format and schedule apply to the briefing of the stay motions filed in these cases:

| | |
|---|---|
| Respondents' combined response to motions for stay (not to exceed the aggregate word count of the stay motions) | July 25, 2024 |
| No. 24-1177 Petitioners' combined response to motions for stay (not to exceed three-fourths of respondents' word limit) | August 8, 2024 |
| Cleveland-Cliffs, Inc. and United States Steel Corporation's replies in support of motions for stay (not to exceed one-half the aggregate word count of the | August 29, 2024 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1170**                       **September Term, 2023**

responses to the stay motions, divided between two replies)

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Emily Campbell
Deputy Clerk