# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1170**                         **September Term, 2023**

**EPA-89FR23294**

**Filed On: August 8, 2024** [2069065]

Cleveland-Cliffs, Inc.,

        Petitioner

        v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

        Respondents

------------------------------

Consolidated with 24-1171, 24-1177

## O R D E R

     Upon consideration of respondents' second unopposed motion to amend stay motion schedule, it is

     **ORDERED** that the second unopposed motion to amend stay motion schedule be granted. The following deadline(s) are now established:

| | |
|---|---|
| Respondents' combined response to motions for stay | August 15, 2024 |
| No. 24-1177 Petitioners' combined response to motions for stay | August 29, 2024 |
| Cleveland-Cliffs, Inc. and United States Steel Corporation's replies in support of motions for stay | September 19, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       James A. Kaiser
       Deputy Clerk