# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-1354**  **September Term, 2024**

EPA-85FR42074
EPA-89FR23294

**Filed On:** May 29, 2025

American Iron and Steel Institute and United States Steel Corporation,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

    Respondents

------------------------------

Clean Air Council, et al.,
    Intervenors

------------------------------

Consolidated with 20-1355, 24-1170, 24-1171, 24-1177

    **BEFORE:**    Wilkins and Childs, Circuit Judges

## O R D E R

    Upon consideration of the motion to hold in abeyance, the opposition thereto, and the reply; the motion to sever, the oppositions thereto, and the reply; the joint motion to extend time; and the joint proposed briefing schedule and format, it is

    **ORDERED** that the joint motion to extend time be granted. It is

    **FURTHER ORDERED** that the motion to sever be denied. It is

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-1354**                              **September Term, 2024**

      **FURTHER ORDERED** that the motion to hold in abeyance be granted and that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 120 days of the date of this order.

**<u>Per Curiam</u>**